IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE LXS 2006-16N,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES JOSEPH FRANCO, EDNA ARDALES FRANCO; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS, DOE CORPORATIONS; DOE ENTITIES 1-50; and DOE GOVERNMENTAL UNITS 1-50,<br><br>　　　　Defendants.<br>_____ | Civil No. 16-00301 DKW-KJM |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on September 01, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

///

///

Recommendation To Grant Plaintiff's Motion to Remand" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: September 21, 2016 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

<u>U.S. Bank National Association, As Trustee For the LXS 2006-16N v. James Joseph Franco, et al.</u>; Civil No. 16-00301 DKW-KJM; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**